**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Scott C. McCampbell,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Bank National Association,<br><br>Defendant. | No. 26-cv-3779 (LMP/DLM)<br><br><br><br>**REPORT AND RECOMMENDATION** |

In an order dated September 1, 2026, this Court directed Plaintiff Scott C. McCampbell to pay the $405.00 filing fee for this action and sign his complaint or submit a signed amended complaint. (Doc. 3.) Mr. McCampbell was given 21 days after the date of the order, until September 22, 2026, to pay the $405.00 filing fee for this action and sign his complaint or submit a signed amended complaint, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

That deadline has now passed, and Mr. McCampbell has not paid the $405.00 filing fee for this action and he has not signed his complaint or submitted a signed amended complaint. In fact, Mr. McCampbell has not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends, consistent with the warning previously given to Mr. McCampbell, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has

discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: September 30, 2026

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).