**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SCOTT C. McCAMPBELL,

Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,

Defendant.

Case No. 26-cv-3779 (LMP/DLM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Before the Court is the Report and Recommendation ("R&R"), ECF No. 4, of United States Magistrate Judge Douglas L. Micko, which recommends dismissing Plaintiff Scott C. McCampbell's complaint for failure to prosecute. No objections have been filed to the R&R in the time permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based on the record in this case, **IT IS ORDERED THAT**:

1. The Report and Recommendation (ECF No. 3) is **ADOPTED**; and

2. Scott C. McCampbell's complaint (ECF No. 1) is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 19, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge